**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00098-CR

**JOSEPH WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-24982-R**

## ORDER

The State's motion for the Court to accept its contemporaneously tendered response brief and to permit oral argument is **GRANTED**. The Clerk of the Court is **DIRECTED** to file the State's brief as of the date received.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE